\#60467
FILED
2009 DEC 28 PM 12:52
CLERK
NORTHERN DISTRICT OF COURT
CANTON OF OHIO

```
  0 • *
729 • 47 +
118 • 68 +
848 • 15 *
```

## UNCLAIMED FUNDS

DECEMBER 23, 2009

06-61792   JOHN SMITH
           GLENDA SMITH
           CREDITOR DID NOT CASH CHECK
           CHECK #404382 FOR $729.47
           RENT-WAY, INC
           ONE RENTWAY PLACE
           ERIE, PA 16505

09-62530   DAVID SMITH
           CHERYL SMITH
           CREDITOR DID NOT CASH CHECK
           CHECK #404383 FOR $118.68
           WELLS FARGO HOME MTG
           MAC #X2501-01D
           ONE HOME CAMPUS
           DES MOINES, IA 50328